IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02033-MSK-BNB

LUCIA HELLER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to Appear Telephonically** [docket no. 8, filed December 2, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and plaintiff's counsel may appear for the Scheduling Conference on **December 9, 2008, at 9:30 a.m.** by calling Chambers at 303/844-6408 at the appropriate time.


DATED: December 3, 2008