IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02033-MSK-BNB

LUCIA HELLER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Second Unopposed Motion for Entry of Stipulated Protective Order** [docket no. 32, filed 4/8/09] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED:  April 9, 2009