IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02033-MSK-BNB

LUCIA HELLER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to Appear Telephonically** [docket no. 54, filed June 23, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and plaintiff's counsel may appear telephonically for the hearing set for **July 9, 2009, at 3:30 p.m. Mountain Daylight Time**, by calling Chambers at the appropriate time at 303/844-6408.


DATED:  June 24, 2009