IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-02033-MSK-BNB | Date: July 9, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

LUCIA HELLER,                                                        Christian Caslin by telephone

           Plaintiff(s),

v.

USA,                                                                               Mark Bonara
actually named as United States of America

           Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:      3:31 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Plaintiff's motion to strike defendant's non-party designation filed 6/23/09 Doc. 53 is Denied Without Prejudice as stated on the record.**

**ORDERED:  Joint motion to stay discovery filed 5/29/09 Doc. 45 is denied as stated on the record.**

Court in Recess      3:48 p.m.      Hearing concluded.      Total time in Court:   00:17

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.