IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02033-MSK-BNB

LUCIA HELLER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)     **Plaintiff's Motion to Strike Defendant's Non-Party Designation** [Doc. # 53, filed 6/23/2009] (the "Motion to Strike"); and

(2)     **Joint Motion to Stay Discovery** [Doc. # 45, filed 5/29/2009] (the "Motion to Stay").

I held a hearing on the motions this afternoon and made rulings on the record.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Strike is DENIED without prejudice, to be renewed if appropriate after the district judge rules on the pending Motion to Dismiss for Lack of Jurisdiction and for Summary Judgment [Doc. # 44].

IT IS FURTHER ORDERED that the Motion to Stay is DENIED.

Dated July 10, 2009.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge