IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   08-cv-02033-MSK-BNB | Date: September 22, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

LUCIA HELLER,                                                      Christian Caslin by telephone

         Plaintiff(s),

v.

USA,                                                                         Marc Bonora
actually named as United States of America

         Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:       9:01 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Renewed joint motion to stay discovery (Doc. 65, filed 9/11/09) is denied as stated on the record.**

Court in Recess       9:20 a.m.       Hearing concluded.    Total time in Court:    00:19

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.