IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02033-MSK-BNB

LUCIA HELLER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

## ORDER

---

This matter arises on the **Renewed Joint Motion to Stay Discovery** [Doc. # 65, filed 9/11/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record which are incorporated here. Although I will deny the motion to stay discovery, the parties may seek administrative closure of the case until the plaintiff's health is restored sufficiently for her to pursue her claim. See D.C.COLO.LCivR 41.2.

IT IS ORDERED that the Motion is DENIED.

Dated September 22, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge