IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02033-MSK-BNB

LUCIA HELLER,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

**ORDER**

---

Having reviewed the parties' Joint Motion to Administratively Close under

D.C.COLO.LCivR. 41.2 (**#87**), and finding good cause shown, it is

**ORDERED** that the Motion is hereby **GRANTED,** and further

**ORDERED** that the Clerk is directed to administratively close this action for 180 days

from the date of this Order.  It is further

**ORDERED** that the Final Pretrial Conference set for November 24, 2009, is

**VACATED**.  It is further

**ORDERED** that if no showing of good cause is made to reopen this action within 180

days from the date of this order, this action shall be dismissed.

DATED this 9th day of November, 2009.

**BY THE COURT:**

_Marcia S. Krieger_

_____
Marcia S. Krieger
United States District Judge