## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date: June 29, 2010
Court Reporter:    Paul Zuckerman

Civil Action No. 08-cv-02033-MSK-BNB

| *Parties*: | *Counsel Appearing:* |
|---|---|
| LUCIA HELLER, | Christian Caslin (by telephone) |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | Marc Bonora |
| Defendant. | |

## COURTROOM MINUTES

HEARING:   Law and Motion

**10:02 a.m.     Court in session.**

The Court addresses plaintiff's Motion to Reopen Case (**Doc. #90**).

Argument by Mr. Caslin.

**ORDER:**   Plaintiff's Motion to Reopen Case (**Doc. #90**) is **DENIED** and the case will remain closed.  If no motion to reopen and substitution of party is filed within 180 days from today's date, the case will be dismissed.

**10:12 a.m.     Court in recess.**

**Total Time:   10 minutes.**
**Hearing concluded.**